

**EXHIBIT 2**

# ◢▷ DOMETIC

**10262700 GULF STREAM**

## SELLER'S OEM TERMS AND CONDITIONS FOR 2021

**TERMS:** NET 30

**CONDITIONS:**

1. **LEAD TIMES:** Standard Lead Times for delivery of the Goods are 30 days, excluding special order items. Seller shall deliver Goods ordered by Buyer by the applicable Delivery Date set forth in Buyer's Order, so long as the Delivery Date is consistent with the Lead Times. If Standard Lead Times are not applicable or are not set forth, the Delivery Date shall be such date as reasonably agreed to by the Parties. Buyers shall not submit orders for deliveries beyond sixty (60) days from date of order without Seller's written consent.

2. **FREIGHT:** Buyer shall be liable for all freight on all orders and responsible for payment of freight charges, unless otherwise agreed to in writing by Seller. Seller shall choose the shipping route and the mode of transport, unless otherwise agreed in writing. Additional costs resulting from special shipping requests by Buyer shall be billed to Buyer's account. Buyer shall assert claims arising from damages in transit directly against the carrier and shall have no recourse against Seller for such damages. Buyer is responsible for the cost of insuring all shipments.

3. **RESCHEDULING:** Buyer may only reschedule the delivery date for an Order if Buyer provides a written rescheduling request to Seller at least fifteen (15) or more days prior to the original scheduled delivery date and Seller accepts the rescheduling request in writing. Any rescheduled delivery date must be within thirty (30) days of the original scheduled delivery date and is subject to Seller's applicable lead time requirements.

4. **ORDER CANCELLATION:** Except as otherwise agreed upon by the Parties, Buyer may cancel all or a portion of a Purchase Order relating to Goods, without charge or penalty up to fifteen (15) calendar days prior to the scheduled delivery date of the affected Goods. In the event Buyer cancels a Purchase Order or any portion thereof within fifteen (15) calendar days of the scheduled delivery date, unless Seller consents, Seller will ship and invoice as ordered by Buyer.

5. **SPECIAL ORDERS:** Special orders or custom non-stock items may require extended lead times and require the Buyer to issue a Purchase Order in advance of Seller manufacturing or purchasing activity. In the event Buyer cancels a Purchase Order for any special order or custom items after ten (10) days from date or order, unless Seller consents, Seller will ship and invoice as ordered by Buyer.

6. **RESALE POLICY:** Buyer understands that the Goods it purchases from Seller are for OEM application only. For Goods intended for warranty replacement only, Buyer may supply such Goods pursuant to Seller's warranty policies. **Notwithstanding any other terms and conditions in this Seller's OEM Terms and Conditions sheet, Seller reserves the right to cancel any and all outstanding orders from Buyer for any Seller Goods sold by Buyer in violation of this resale policy.**

7. **PAST DUE ACCOUNTS:** Any past due amounts shall accrue a service charge of 1.5% per month. Buyer shall pay Seller's cost of collection, including reasonable attorney's fees, for any past due amounts. Any time Buyer is past due, Seller reserves the right to suspend all performance and all shipments to Buyer on any outstanding Buyer orders. In the event such suspension shall occur after order cancellation by Buyer would have been permitted per these terms, Seller shall have the right to deem Buyer's order's cancelled by Buyer and shall invoice Buyer accordingly. Any goods in Seller's possession so invoiced shall be held for Buyer's account and Buyer shall be charged for storage thereof.

8. **REBATE:** Seller's Rebate Policy for 2021, if any, shall be set forth in the attached Exhibit A, incorporated herein by reference.

9. **OTHER TERMS AND CONDITONS OF SALE:** All sales of Dometic Goods shall be made pursuant to Dometic's Standard Terms and Conditions of Sale which are published from time-to-time on Dometic's website, current at the time of Dometic invoicing, which Standard Terms and Conditions of Sale are incorporated herein by reference.

_[signature]_ Date 2/23/21
Authorized signature by Dometic Corporation

_[signature]_ Date 2-23-21
Authorized signature accepting the above terms and conditions of sale

_____ Date_____
Dometic Executive Office Acceptance

**EFFECTIVE FOR ORDERS PLACED ON OR AFTER APRIL 1, 2021**