EXHIBIT 3

# PURCHASE ORDER

1151033-000

PAGE 0001
DATE 03/02/22

**PAYMENT INFORMATION**
TERMS: 0.0%, 0, Net 30
DISCOUNT DAYS / RATE / DUE DAYS 30

**SHIP INFORMATION**
SHIPPING TERMS
FREIGHT TERMS: Pre-paid
SHIP VIA

VENDOR: 021057500         SHIP TO: 51     Unless noted under item

```
DOMETIC CORPORATION              GULF STREAM TRAVEL TRAILERS
DEPT CH 19497                    851 S. OAKLAND AVE.
PALATINE          IL 60055-9497  ENTRY POINT #13-PLANT 51
                                 NAPPANEE                IN 46550
```

FAX: 5743893911                  PHONE: 5747737761     EXT: 3534
CONTACT: rvocustomerservice@dometic.com   CONTACT: CURTIS GRIFFITH

| LINE | QUANTITY | UOM | ITEM | UNIT PRICE | EXTENDED |
|------|----------|-----|------|------------|----------|

```
                ***************** Deliver - 03/30/22 ******************
                      **** Unless otherwise specified by line item ****

By Acceptance of this Purchase Order, Vendor understands and agrees that:
 Purchase Order Currency: UNITED STATES CURRENCY
Received subject to final count of Package items & undetected defects at delivery
Products meet all Code Requirements and RV Industry Standards
All Products containing PLYWOOD, PARTICLEBOARD, MDF or OSB must comply with:
CARB Phase2 Emission levels for PLYWOOD .05 PPM,PARTICLEBOARD .09 PPM,MDF .11PPM;
    AND
HUD Requirements for Manufactured Housing 24 CFR 3280; And
OSB .05 PPM FORMALDEHYDE Emission levels.
Please Confirm Order by Fax including Delivery Date

  1          35.0000 EA    071AGU                       269.24000         9,423.40
                           9105304464
                           15,000 BTU A/C WHITE

         Purchase Order Totals:
                        Total Amount ***********************          9,423.40

                        PLEASE CONFIRM RECEIPT OF ORDER
                        ******************************************
                        EMAIL-CGRIFFITH@GULFSTREAMCOACH.COM
                        THANK YOU FOR YOUR COOPERATION
                        ******************************************

                        End Of Purchase Order 1151033-000 - 001 Page(S)
```

DATE RECEIVED | RECEIVED BY
VENDOR COPY | AUTHORIZED SIGNATURE