**EXHIBIT**

**4**

# SALES ORDER CONFIRMATION

## ⬥⬥ DOMETIC
### Mobile living made easy

**100653907-3**

Dometic Corp. USA-5600 North River Road, Suite 250 Rosemont, IL 60018 USA

Page 1 / 1

| **Address** | **Delivery address** |
|---|---|
| GULF STREAM COACH INC | GULF STREAM COACH #51 |
| 503 S OAKLAND AVE. P.O. BOX 1005 | 851 S OAKLAND AVE ENTRY POINT #13 |
| Nappanee, IN 46550 | Nappanee, IN 46550 |
| USA | USA |

| **Order Account** | **Date** | **Customer reference** | **Mode of delivery** |
|---|---|---|---|
| 10262707 | 3/29/2022 | 1151033-000 | OTPL-LOC |

| **Order date** | **Sales order** | **Customer requisition** | **Expedite** |
|---|---|---|---|
| 3/2/2022 | 100653907 | | Standard |

| Line | Expected ship date | Item number Description | Legacy Item Number Customer Item Number | Qty | Unit | Weight | Unit price USD | Total price USD |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 3/30/2022 | 9105304464 | B59516.XX1C0 | 35.00 | Pcs | 85.02 | 351.18 | 12,291.30 |
| | | B59516.XX1C0-Brisk II A/C R410A,15KBT U WHITE-9105304464 Roof Top Unit | | | | | | |
| | | | | | | SURCHG | | 737.48 |

**Notes:**

RECEIVING OPEN MONDAY-FRIDAY 7AM-12PM

| | | | |
|---|---|---|---|
| | | Net total | 12,291.30 |
| Total Weight: | 2,975.70 | Total charges | 880.69 |
| | | Sales tax amount | 0.00 |
| **Payment terms** Net 30 | | | |
| **Delivery terms** PPD | | **Total** | **13,171.99** |

ALL SALES OF ITEMS SHOWN HEREON ARE MADE CONDITIONAL UPON BUYER'S ASSENT TO THE DOMETIC PRICES SET FORTH HEREON, AND ARE SUBJECT TO (1) THE TERMS AS REFLECTED HEREON, and (2) DOMETIC'S "TERMS OF SALE (B2B)" (or in the case of a consumer-Buyer, to Dometic's "TERMS AND CONDITIONS (CONSUMER)"), AS PUBLISHED AT WWW.DOMETIC.COM, WHICH "TERMS" ARE INCORPORATED HEREIN BY REFERENCE AS IF FULLY REPRINTED HEREON. ANY DIFFERENT OR ADDITIONAL PRICES OR TERMS SET FORTH BY BUYER ON BUYER'S PURCHASE ORDER, PUBLISHED ON BUYER'S WEBSITE OR CONTAINED ON ANY WRITING BY BUYER (BEFORE OR AFTER THE DATE OF THIS CONFIRMATION) ARE OBJECTED TO AND REJECTED. **NOTE:** FOR B2B TRANSACTIONS ONLY, **DOMETIC DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.** ANY APPLICABLE PRODUCT WARRANTIES ARE SEPARATELY PUBLISHED BY DOMETIC. IF THESE DOMETIC PRICES OR TERMS ARE NOT ACCEPTABLE, BUYER MUST REJECT AND REFUSE (OR IMMEDIATELY RETURN AT BUYER'S COST) ALL SHIPMENTS OF THE ITEMS REFLECTED ON THIS CONFIRMATION FROM DOMETIC, OR BUYER'S ASSENT HERETO SHALL BE PRESUMED AND ESTABLISHED FOR ALL PURPOSES.

| | | |
|---|---|---|
| Dometic Corp. USA | | **Bank:** ▐▐▐▐ |
| 5600 North River Road, Suite 250 | **Website:** www.dometic.com | **Account:** ▐▐▐▐ |
| Rosemont, IL 60018 | **Telephone:** 1-800-366-3842 | **SWIFT:** ▐▐▐▐ |
| USA | | |

