**EXHIBIT**

**5**

PLEASE REMIT PAYMENT TO

Dometic Corporation
DEPT CH 19497
Palatine, IL 60055
USA



| | |
|---|---|
| **Invoice address** | **Delivery address** |
| GULF STREAM COACH INC | GULF STREAM COACH #51 |
| 503 S OAKLAND AVE. P.O. BOX 1005 | 851 S OAKLAND AVE ENTRY POINT #13 |
| Nappanee, IN 46550 | Nappanee, IN 46550 |
| USA | USA |

Page 1 / 1

**Tracking number**

**Tracking URL**

## Invoice copy  60887088

| Date | Invoice account | Due date | | | Packing slip |
|---|---|---|---|---|---|
| 3/30/2022 | 10262700 | 4/29/2022 | | | ARPS00860282 |

| Customer reference | Customer requisition | Order date | Sales order | Delivery date | Shipment ID |
|---|---|---|---|---|---|
| 1151033-000 | | 3/2/2022 | 100653907 | 3/30/2022 | 306801584 |

| Line | Item number / Description | Legacy Item Number | Customer item no. | Qty | Unit Price | Total price |
|---|---|---|---|---|---|---|
| 1.00 | 9105304464<br>B59516.XX1C0-Brisk II A/C<br>R410A,15KBTU WHITE-9105304464 | B59516.XX1C0 | | 35.00 | 351.18 | 12,291.30 |
| | Surcharge-Tariff | | | | | 737.48 |

| FREIGHT | 143.21 |
|---|---|
| Charges for complete order | |

**Terms**    Net 30

| | |
|---|---|
| **Net total USD** | 12,291.30 |
| **IN  Sales tax** | 0.00 |
| **Total charges** | 880.69 |
| **Total USD** | 13,171.99 |

ALL SALES OF ITEMS SHOWN HEREON ARE MADE CONDITIONAL UPON BUYER'S ASSENT TO THE DOMETIC PRICES SET FORTH HEREON, AND ARE SUBJECT TO (1) THE TERMS AS REFLECTED HEREON, and (2) DOMETIC'S "TERMS OF SALE (B2B)" (or in the case of a consumer-Buyer, to Dometic's "TERMS AND CONDITIONS (CONSUMER)"), AS PUBLISHED AT WWW.DOMETIC.COM, WHICH "TERMS" ARE INCORPORATED HEREIN BY REFERENCE AS IF FULLY REPRINTED HEREON. ANY DIFFERENT OR ADDITIONAL PRICES OR TERMS SET FORTH BY BUYER ON BUYER's PURCHASE ORDER, PUBLISHED ON BUYER's WEBSITE OR CONTAINED ON ANY WRITING BY BUYER (BEFORE OR AFTER THE DATE OF THIS INVOICE) ARE OBJECTED TO AND REJECTED. **NOTE:** FOR B2B TRANSACTIONs ONLY, **DOMETIC DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.** ANY APPLICABLE PRODUCT WARRANTIES ARE SEPARATELY PUBLISHED BY DOMETIC. IF THESE DOMETIC PRICES OR TERMS ARE NOT ACCEPTABLE, BUYER MUST REJECT AND REFUSE (OR IMMEDIATELY RETURN AT BUYER'S COST) ALL SHIPMENTS OF THE ITEMS REFLECTED ON THIS INVOICE FROM DOMETIC, OR BUYER'S ASSENT HERETO SHALL BE PRESUMED AND ESTABLISHED FOR ALL PURPOSES.

| | | | |
|---|---|---|---|
| Dometic Corp. USA | **WEBSITE:** | www.dometic.com | **BANK:** |
| 5600 North River Road, Suite 250 | **Email** | credit@dometic.com | **ACCOUNT:** |
| Rosemont, IL  60018 | **PHONE:** | +1 502-873-3514 | **SWIFT** |
| USA | **Dometic GST:** | | **Dometic QST:** |